UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| CESAR VILLANUEVA, | |
|---|---|
| Plaintiff | |
| v. | Civil Action No. 3:11-30045-MAP |
| FRANKLIN COUNTY SHERIFF'S OFFICE ET AL, | |
| Defendants | |

## [~~PROPOSED~~] ORDER

After review of the Assented to Motion for Leave to Depose the Plaintiff, an Inmate, the Court Orders as follows:

The Defendants David Lanoie, Marylin Morningstar, Kevin Brown, Dale Troutman, and Paul Hill ("Defendants"), are hereby authorized to depose the Plaintiff, Cesar Villanueva, an inmate, at the correctional facility where he assigned at the time of the deposition.

_____
Hon. Michael A. Ponsor

Dated: 4/28/14