UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Cesar Villanueva,<br>Plaintiff,<br><br>v.<br><br>David LANOIE,<br>Superintendent of the Franklin County House of<br>Correction;<br><br>Kevin BROWN,<br>Assistant Superintendent of the Franklin County<br>House of Correction.<br><br>Marylin MORNINGSTAR, R.N \|<br>Medical Director of the Franklin County House<br>Of Correction;<br><br>R. Dale TROUTMAN, R.N.,<br>Nurse employed by the Franklin County House<br>of Correction;<br><br>Captain Paul HILL,<br>Correctional Officer employed by the Franklin<br>County House of Correction;<br>Defendants | Case No. 3:11-cv-30045 MAP |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND THIRD COMPLAINT

Comes now the Plaintiff in the above-captioned matter and moves this Honorable Court grant leave to file a Third Amended Complaint in this matter. (See Exhibit A). The plaintiff states in support thereof by a separately filed memorandum that the proposed amendments add one party defendant, facts pertaining to that defendant, and one additional claim related directly to the new party, but otherwise does not substantially alter any other allegations or facts in the previous complaints.

*[Handwritten]:* DENIED. Plaintiff's argument has some force, but the addition of a new party at this late stage would unduly delay resolution of this very old case. So ordered. Michael B. Ponsor USDJ  7·3·14